GK

FILED
JAN 1 6 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| CONRAD A. ROCKENHAUS,<br>    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC; DYNAMIC<br>RECOVERY SERVICES, INC. and<br>SBC COMMUNICATIONS, INC.,<br>    Defendants. | §<br>§<br>§<br>§  CIVIL NO. W-03-CA-330<br>§<br>§<br>§<br>§<br>§<br>§ |

## <u>ORDER</u>

Before the Court is Plaintiff's Request for Leave From the Court and Apology. Plaintiff seeks permission from the Court to file his Alternative Dispute Resolution ("ADR") Docketing Statement out of time. Having carefully considered the Plaintiff's request, the Court is of the opinion that it should be granted. Accordingly, it is

**ORDERED** that Plaintiff's Request for Leave From the Court and Apology be and is hereby **GRANTED** and the Clerk of the Court is directed to file Plaintiff's proposed ADR Docketing Statement.

SIGNED this _16_ day of January, 2004.

_____
WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

